IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA L. HARRISON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No. 05-00179-BH-B |
| | * |
| JO ANNE B. BARNHART, | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation (Doc. 10) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 25, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** this 18th day of October, 2006.

                                                            s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE